1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN DUANE HICKMAN,                    No.  2:19-cv-1725 KJM DB P

12                    Plaintiff,

13          v.                               FINDINGS AND RECOMMENDATIONS

14   MATT CHISHOLM, et al.,

15                    Defendants.

16

17          Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  A review of this court's docket reveals that the claims in the instant complaint are

19   identical to those in the earlier filed Hickman v. Chisholm, No. 2:19-cv-1254 TLN AC P

20   ("Hickman I"), which was recently dismissed for failure to state a claim upon which relief may be

21   granted.  The claims in the instant complaint are also identical to those in the subsequently filed

22   Hickman v. Chisholm, No. 2:19-cv-1828 KJM AC P ("Hickman III"), which was also recently

23   dismissed as duplicative of Hickman I.  It will therefore be recommended that the instant action

24   be dismissed as duplicative of both Hickman I and Hickman III.

25          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as

26   duplicative of Hickman v. Chisholm, No. 2:19-cv-1254 TLN AC P, and of Hickman v.

27   Chisholm, No. 2:19-cv-1828 KJM AC P.

28   ////

                                                 1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 17, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/hick1725.scrn.dup.f&r